KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>**JOSE JESUS MARTINEZ-GAONA**<br><br><br>DEBTOR(S). | Case No: LA09-15151-AA<br><br>CHAPTER 13<br><br>**TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING DUE TO DELINQUENT PLAN PAYMENTS (11 U.S.C. 1307 (c)); AND DECLARATION IN SUPPORT THEREOF**<br><br>**NO HEARING REQUIRED** |

**TO THE HONORABLE ALAN M. AHART, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the Chapter 13 Trustee, Kathy A. Dockery, hereby moves for an Order Dismissing this proceeding. This motion is based on the grounds of a material default by the Debtor with respect to a term of the confirmed plan, that is the failure to make payments according to the plan. (U.S.C. 1307 (c) (6)). To date, the debtor(s) is delinquent at least  $3,644.00.

This motion may be granted without a hearing pursuant to 11 U.S.C. 102 (1) and Local Bankruptcy Rule 9013-1(g) (1) which requires that any party in interest who wishes to oppose the motion must obtain a hearing date from the courtroom deputy and must serve on the Trustee and file with the Court his opposition papers within fifteen (15) days of the date of service hereof.

**A motion to modify/suspend plan payments is not responsive to this motion.**

DATED: 5/11/2010

_____
Kathy A. Dockery, Chapter 13 Trustee

## DECLARATION OF KATHY A. DOCKERY

I, Kathy A. Dockery, declare as follows:

1.    I am the duly appointed, qualified and standing Chapter 13 Trustee in this case and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called to do so.

2.    As of the date of service of this Motion, the Debtor(s) is delinquent in the amount of $3,644.00. A true and correct copy of this case's status report at the time of service of this motion is attached hereto and incorporated herein by reference as Exhibit "A".

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: 5/11/10

KATHY A. DOCKERY,  CHAPTER 13 TRUSTEE

# PLAN PAYMENTS REPORT
## DEBTOR'S PLAN PAYMENT REGISTER AS OF May 11, 2010
### TERM: 60 Months

The Plan Payment Register indicates the plan payments the Debtor must tender to the Chapter 13 Trustee and the due dates of those payments. *If required, the Debtor must also submit their tax refunds, lottery winnings, proceeds from an inheritance, or proceeds from the sale or refinance of property to the Chapter 13 Trustee.

| PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 4/08/09 | $617.00 | 21 | 12/08/10 | $660.00 | 41 | 8/08/12 | $660.00 |
| 2 | 5/08/09 | $660.00 | 22 | 1/08/11 | $660.00 | 42 | 9/08/12 | $660.00 |
| 3 | 6/08/09 | $660.00 | 23 | 2/08/11 | $660.00 | 43 | 10/08/12 | $660.00 |
| 4 | 7/08/09 | $660.00 | 24 | 3/08/11 | $660.00 | 44 | 11/08/12 | $660.00 |
| 5 | 8/08/09 | $660.00 | 25 | 4/08/11 | $660.00 | 45 | 12/08/12 | $660.00 |
| 6 | 9/08/09 | $660.00 | 26 | 5/08/11 | $660.00 | 46 | 1/08/13 | $660.00 |
| 7 | 10/08/09 | $660.00 | 27 | 6/08/11 | $660.00 | 47 | 2/08/13 | $660.00 |
| 8 | 11/08/09 | $660.00 | 28 | 7/08/11 | $660.00 | 48 | 3/08/13 | $660.00 |
| 9 | 12/08/09 | $660.00 | 29 | 8/08/11 | $660.00 | 49 | 4/08/13 | $660.00 |
| 10 | 1/08/10 | $660.00 | 30 | 9/08/11 | $660.00 | 50 | 5/08/13 | $660.00 |
| 11 | 2/08/10 | $660.00 | 31 | 10/08/11 | $660.00 | 51 | 6/08/13 | $660.00 |
| 12 | 3/08/10 | $660.00 | 32 | 11/08/11 | $660.00 | 52 | 7/08/13 | $660.00 |
| 13 | 4/08/10 | $660.00 | 33 | 12/08/11 | $660.00 | 53 | 8/08/13 | $660.00 |
| 14 | 5/08/10 | $660.00 | 34 | 1/08/12 | $660.00 | 54 | 9/08/13 | $660.00 |
| 15 | 6/08/10 | $660.00 | 35 | 2/08/12 | $660.00 | 55 | 10/08/13 | $660.00 |
| 16 | 7/08/10 | $660.00 | 36 | 3/08/12 | $660.00 | 56 | 11/08/13 | $660.00 |
| 17 | 8/08/10 | $660.00 | 37 | 4/08/12 | $660.00 | 57 | 12/08/13 | $660.00 |
| 18 | 9/08/10 | $660.00 | 38 | 5/08/12 | $660.00 | 58 | 1/08/14 | $660.00 |
| 19 | 10/08/10 | $660.00 | 39 | 6/08/12 | $660.00 | 59 | 2/08/14 | $660.00 |
| 20 | 11/08/10 | $660.00 | 40 | 7/08/12 | $660.00 | 60 | 3/08/14 | $660.00 |

## RECEIPTS REPORT
### TOTAL PAYMENTS RECEIVED FROM DEBTOR AS OF May 11, 2010-$5,553.00
### PAST DUE AMOUNT: $3,644.00

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4/23/09 | $617.00 | 5/14/09 | $617.00 | 6/10/09 | $617.00 | 7/13/09 | $617.00 | | |
| 8/7/09 | $617.00 | 9/10/09 | $617.00 | 10/7/09 | $617.00 | 11/9/09 | $617.00 | | |
| 12/8/09 | $617.00 | | | | | | | | |

| In re: **JOSE JESUS MARTINEZ-GAONA** | CHAPTER: 13 |
|---|---|
|  | CASE NUMBER: **LA09-15151-AA** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING DUE TO DELINQUENT PLAN PAYMENTS (11 U.S.C. 1307 (c)); AND DECLARATION IN SUPPORT THEREOF**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/11/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/11/2010 | Gloria Mangum | *Gloria Mangum* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**

| In re: JOSE JESUS MARTINEZ-GAONA | CHAPTER: 13 |
| --- | --- |
| | CASE NUMBER: LA09-15151-AA |

**Service List**

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

JOSE JESUS MARTINEZ-GAONA
8507 MCKINLEY AVE
LOS ANGELES, CA 90001

L BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD
SUITE 1500
LOS ANGELES, CA 90010

Specialized Loan Servicing, LLC
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                  **F 9013-3.1**